AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| John T. Taff, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    0:14-cv-00294-JFA |
| | ) | |
| Warden John Pate; Major Walter Worrick; Lt. Richard Jenkins; Sgt. Sexton, in their individual and official capacity, | ) | |
| | ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■  other: the plaintiff, John T. Taff, shall take nothing of the defendants; Warden John Pate, Major Walter Worrick, Lt. Richard Jenkins, and Sgt. Sexton, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.


This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F Anderson, Jr, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:  July 15, 2014

*ROBIN L. BLUME, CLERK OF COURT*

s/A. Buckingham
_____
*Signature of Clerk or Deputy Clerk*